PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LEGO SYSTEMS, INC., a Delaware corporation d/b/a LEGO.COM, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01278-SVW-AGR<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Complaint Filed: January 17, 2023<br>Removed: February 21, 2023 |

NOTICE OF SETTLEMENT

1 | **TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

2 | **PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that a request for dismissal will be filed within forty-five (45) days of the date of this Notice.

Dated: March 27, 2023                    PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                        */s/ Scott J. Ferrell Esq.*
                                          Scott J. Ferrell, Esq.